# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MENDOZA, ) | 1:07-CV-00094-LJO-SMS-HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| D. K. SISTO, Warden, et al., ) | |
| Respondents. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **March 5, 2007**         **/s/ Dennis L. Beck**
23ehd0                             UNITED STATES MAGISTRATE JUDGE