# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MENDOZA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>D. K. SISTO, et.al.,<br><br>　　　　　　Respondent.<br>_____/ | CV F   07-00094 SMS HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

　　　　Pending before the Court is Respondent's motion for an extension of time to file an answer, filed June 7, 2007.  GOOD CAUSE having been demonstrated, Respondent's motion is GRANTED and an answer shall be filed on or before August 13, 2007.

IT IS SO ORDERED.

**Dated:   July 9, 2007**　　　　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1