IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MENDOZA,<br><br>    Petitioner,<br><br>vs.<br><br>D.K. SISTO,<br><br>    Respondent.<br>_____/ | 1:07-cv-00094 SMS (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #18) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 1, 2007, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted to and including October 12, 2007 to file an answer.

IT IS SO ORDERED.

**Dated:   August 23, 2007**                        **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE