IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MENDOZA, | 1:07-CV-00094 SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER |
| vs. | |
| D.K. SISTO, et al., | (DOCUMENT #25) |
| Respondent. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On 10/29/2007, petitioner filed a motion to extend time to File Traverse to Respondent's Answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to File Traverse to Respondent's Answer.

IT IS SO ORDERED.

**Dated:   November 14, 2007**          **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE